April 27, 2025

> Application GRANTED. Plaintiff's deadline to object to the Report and Recommendation is extended to **May 7, 2025**.
>
> The Clerk of Court is directed to terminate ECF No. 40.
>
> SO ORDERED.
>
> *Jennifer H. Rearden*
>
> Jennifer H. Rearden, U.S.D.J.
> Dated: April 28, 2025

VIA ECF
Hon. Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, New York 10007

Re:   Anita Bowen v. Fabiani, Cohen & Hall, LLP, et al.
Case No. 24-cv-03322

Dear Judge Rearden,

I am the plaintiff in the above referenced matter-acting *pro-se*. I took over the handling of my case in February 2025. I did not file the Opposition to Defendants' Pre-Answer Motion to Dismiss and did not review it before it was filed. I request a one (1) week extension of the 14-day deadline to file objections to Magistrate Judge Cave's Report and Recommendation. The report was filed April 16, 2025, and the time to submit objections expires Wednesday, April 30, 2025. I request the time be extended to May 7, 2025. I have been recovering from COVID and have not been at full strength. I had hoped to make the April 30, 2025 deadline but cannot do so effectively given the complex nature of the case and my reduced capacity. I am sending this request now because of the Court's rules regarding the timing of requests for extensions. I personally have never requested an adjournment, but my former attorneys did in 2024 in connection with the Defendant's Pre-Answer Motion to Dismiss.

Defendants' Counsel (Heather Griffin) consents to the extension, and an extension should not affect any deadline or date.

Thank you for your consideration.

Respectfully,

*Anita Bowen*

Anita Bowen

CC: All counsel of record (Via ECF)