May 12, 2025

<u>VIA ECF</u>
Hon. Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street, Room 1010
New York, New York 10007

   Re: Anita Bowen v. Fabian, Cohen & Hall, LLP, et al
     Case No. 24-cv-03322

Dear Judge Rearden,

I write to explain why there are two copies of my papers in the system. I timely filed my Objection to the Magistrate's Report and Recommendation with an Affidavit and two Exhibits last Friday and then filed a notarized copy of the same Affidavit on Saturday. Because I am not yet fully familiar with the ECF filing rules, specifically the rules regarding the categorization and attachment of documents, I contacted the ECF Help Desk today and the person with whom I spoke recommended I re-classify and re-file the documents. He recommended I remove the Affidavit from the Exhibits and file it as a separate but related document and under a different category. I did that today. All of the documents are identical with the exception of the notarization.

I am very sorry for any inconvenience.

Respectfully,

*Anita Bowen*

Anita Bowen

CC: All counsel of record (Via ECF)

---

Pursuant to Rule 1.D of the Court's Individual Rules and Practices in Civil Cases, "[a]ny . . . corrected filing . . . shall be filed with a redline showing all differences between the original and revised filing." By **May 16, 2025**, Plaintiff shall file the required redline comparing her corrected affidavit at ECF No. 45 with the original affidavit at ECF No. 44-1.

The Clerk of Court is directed to terminate ECF No. 45.

SO ORDERED.

*Jennifer H. Rearden*

Jennifer H. Rearden, U.S.D.J.
Dated: May 13, 2025