**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
ANITA BOWEN,

                        Plaintiff,                        24 **CIVIL** 3322 (VEC)

        -against-                                **JUDGMENT**

FABIANI, COHEN & HALL, LLP, STEPHEN
M. COHEN, JOHN V. FABIANI, and THOMAS
J. HALL,

                       Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated February 19, 2026, the Court ADOPTS Magistrate Judge Cave's R&R in full and GRANTS Defendants' Motion to Dismiss. Plaintiff's federal claims are DISMISSED, and the Court DECLINES to exercise supplemental jurisdiction over the remaining claims; accordingly, the case is closed.

**Dated:**  New York, New York
          February 25, 2026

                                      **TAMMI M. HELLWIG**
                                      _____
                                         **Clerk of Court**

                    BY:    _____
                                     **Deputy Clerk**